VIOSCA, Justice
(concurring).
In providing that “the judge may, at any stage of the trial, order the sequestration of the witnesses” and that “the judge may in all cases, in his discretion, permit any witness to testify” LSA-R.S. 15:371 vests exclusively in the trial judge full discretion in connection with the sequestration of witnesses. I do not believe that the judge abuses that discretion when he permits the chief investigating officer to remain in the courtroom to assist the District Attorney in the presentation of his case. However, I agree with the majority opinion that under our decision in State v. Carter, 206 La. 181, 19 So.2d 41, the conviction and sentence in this case must be set aside. I believe the Carter case was incorrectly decided and should be overruled, but since the majority of the Court has not seen .fit to overrule that decision, I concur in the decree.